# United States Court of Appeals
### For the Eighth Circuit
_____

No. 23-2244
_____

United States of America

*Plaintiff - Appellee*

v.

Kendrick Shawnray Maid, also known as Kendrick Shawn Maid

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Eastern
_____

Submitted: August 22, 2023
Filed: August 25, 2023
[Unpublished]
_____

Before GRUENDER, BENTON, and STRAS, Circuit Judges.
_____

PER CURIAM.

Kendrick Maid appeals after the district court[1] revoked his supervised release and sentenced him to 24 months in prison and 12 months of supervised release. His

_____

[1]The Honorable Stephanie M. Rose, Chief Judge, United States District Court for the Southern District of Iowa.

counsel has moved to withdraw, and has filed a brief challenging the substantive reasonableness of the revocation sentence.

After careful review of the record, we conclude that the district court did not abuse its discretion in imposing the revocation sentence. *See United States v. Miller*, 557 F.3d 910, 917-18 (8th Cir. 2009). The revocation sentence is within the Guidelines range and accorded a presumption of substantive reasonableness on appeal. *See United States v. Perkins*, 526 F.3d 1107, 1110 (8th Cir. 2008). Moreover, there is no indication the district court failed to consider a relevant 18 U.S.C. § 3553(a) factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the appropriate factors. *See United States v. Larison*, 432 F.3d 921, 923 (8th Cir. 2006).

Accordingly, we grant counsel's motion to withdraw and affirm.

_____